**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1739**

LILIANA E. PAZMINO,

       Plaintiff – Appellant,

       v.

LASALLE BANK N.A., as Trustee for Lehman XS Trust Mortgage
Pass Through Certificates, Series 2006-19 c/o Bank of
America, N.A., a federally chartered bank, successor by
merger to LaSalle Bank, N.A.; LEHMAN XS TRUST 2006-19;
AURORA LOAN SERVICES LLC, a Delaware Limited Liability
Company; MORTGAGE ELECTRONIC REGISTRATION SYSTEM,
INCORPORATED,

       Defendants – Appellees,

       and

CTX MORTGAGE CORPORATION LLC, a Delaware Limited Liability
Company; ALG TRUSTEE LLC, a Virginia Limited Liability
company; MATTHEW S. FOX, an individual as Trustee; JOAN E.
KATZ, an individual as Trustee; JOHN AND JANE DOES,
Certificate Holders I-M; QUI CHI DOE,

       Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (1:09-cv-01173-GBL-JFA)

Submitted: July 27, 2011          Decided: July 29, 2011

Before WILKINSON, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

————————————

Christopher E. Brown, R. Michael Smith, BROWN, BROWN & BROWN, P.C., Alexandria, Virginia, for Appellant. Amy S. Owen, Ben Selan, COCHRAN & OWEN, LLC, Vienna, Virginia, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Liliana E. Pazmino appeals from the district court's final judgment entered after the district court granted Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss her claims against Defendants, including her state law claim for quiet title. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Pazmino v. LaSalle Bank N.A., No. 1:09-cv-01173-GBL-JFA (E.D. Va. filed June 30, 2010; entered July 1, 2010); see also Horvath v. Bank of N.Y., 641 F.3d 617 (4th Cir. 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED